UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-22169 |
| | ) | |
| | ) | |
| | ) | Chapter:  13 |
| JAMES D. REEDY | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING RELEASE OF INSURANCE PROCEEDS

This cause coming before the Court on the Debtor's Motion to Authorize Release of Insurance Proceeds; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Debtor's Motion to Authorize Release of Insurance Proceeds is granted.

2. State Farm Mutual Automobile Insurance Company is authorize to transfer insurance proceeds to Capital One Auto Finance to pay off Debtor's automobile loan.

3. State Farm Mutual Automobile Insurance Company is further directed to transfer the net proceeds, after payment of the Capital One Auto Finance loan to the Trustee in addition to the plan payments and shall not alter or reduce the periodic payments due under the plan, nor shall the duration of the plan be shortened, except to the extent such net sale proceeds would result in payment in full to all creditors and administrative costs.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  February 06, 2019

**Prepared by:**

Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com