Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

James D Reedy
11045 Theresa Circle
Unit 1A
Palos Hills, IL 60465
SSN: xxx–xx–7622 EIN: N.A.

Case No. : 15–22169
Chapter : 13
Judge : Deborah L. Thorne

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES**
**OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: March 10, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
James D Reedy  
     Debtor

Case No. 15-22169-DLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: ahamilton     Page 1 of 1     Date Rcvd: Mar 10, 2020  
                      Form ID: defdso13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.  
db            +James D Reedy,    11045 Theresa Circle,    Unit 1A,    Palos Hills, IL 60465-3239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:

          Andrew J Nelson     on behalf of Creditor    Wells Fargo Bank, NA anelson@atty-pierce.com,  
           northerndistrict@atty-pierce.com  
          Charles L. Magerski     on behalf of Debtor 1 James D Reedy Cmagerski@sulaimanlaw.com,  
           charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com  
          Dana N O'Brien     on behalf of Creditor    WELLS FARGO BANK, N.A. dana.obrien@mccalla.com,  
           NDistrict@mccalla.com  
          Joseph S Davidson     on behalf of Debtor 1 James D Reedy jdavidson@sulaimanlaw.com,  
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
          Marilyn O Marshall     courtdocs@chi13.com  
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov  
          Toni   Townsend     on behalf of Creditor    Wells Fargo Bank, NA toni.townsend@mccalla.com,  
           northerndistrict@mccalla.com  
                                                                                               TOTAL: 7